UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:06CV00615<br><br>Judge Patricia Gaughan<br><br>**Default Judgment and Permanent Injunction** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| RANDY ONIE, | ) ) ) | |
| Defendant. | ) | |

Based upon Plaintiffs' Motion For Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.     Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eight Thousand Two Hundred Fifty Dollars ($8,250.00).

2.     Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred Twenty Dollars ($ 320.00).

3.     Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Like a Virgin," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);

- "Let Love Lead The Way," on album "Forever," by artist "Spice Girls" (SR# 289-357);

- "Losing Grip," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);

- "By Myself," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);

- "Unpretty," on album "Fanmail," by artist "TLC" (SR# 298-454);

- "Party Up," on album "...And Then There Was X," by artist "DMX" (SR# 279-017);

- "Nice to Know You," on album "Morning View," by artist "Incubus" (SR# 306-181);

- "Let It Rock," on album "Slippery When Wet," by artist "Bon Jovi" (SR# 71-794);

- "The Power of Love," on album "The Colour of My Love," by artist "Celine Dion" (SR# 191-558);

- "Break Stuff," on album "Significant Other," by artist "Limp Bizkit" (SR# 279-827);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 7/10/06          By: /s/ Patricia A. Gaughan

                                         The Honorable Patricia Gaughan
                                         United States District Judge